ACCEPTED
03-15-00051-CV
4327723
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/2/2015 10:47:37 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00051-CV

IN THE COURT OF APPEALS
THIRD COURT OF APPEALS DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/2/2015 10:47:37 AM
JEFFREY D. KYLE
Clerk

TRENT LINDIG,

*Appellant*

v.

PLEASANT HILL ROCKY COMMUNITY CLUB

*Appellee*

ON APPEAL FROM THE 33RD DISTRICT COURT, BLANCO COUNTY, TEXAS
HONORABLE J. ALLAN GARRETT PRESIDING
CAUSE NO. CV07580

## UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant respectfully presents this unopposed first motion to extend the time in which to file their Appellant's Brief pursuant to Texas Rule of Appellate Procedure 38.6. No previous motions for extension of time to file the Appellant's Brief have been filed. In support of this motion, appellant would show the Court as follows:

## I.

Appellant's principal brief is currently due on March 16, 2015. Because of the events and matters described more fully below, appellant requests an extension of an additional 30 days in which to file the Appellant's Brief or until April 15, 2015.

## II.

The requested extension is necessary because the following matters have prevented the undersigned from completing the Appellant's Brief and will preclude the undersigned from doing so sooner than April 15, 2015:

1. The undersigned is preparing a reply brief in *Philip Wayne Hindes and Melinda Hindes Eustace v. La Salle County et al.*, No. 04-14-00651-CV, which is currently due on March 27, 2015;

2. The undersigned prepared motions to exclude evidence in order to meet a pretrial deadline in *Martha Elvia Bolanos et al. v. General Motors et al.*, No. 7,478, in the 49th Judicial District Court, Zapata County, Texas;

3. The undersigned will be conducting legal research and related tasks to prepare for an oral argument to be conducted in *City of San Antonio v. Casey Industrial, Inc. and Wheelbrator Air Pollution Control, Inc.*, No. 04-14-00429-CV, which will be held on April 2, 2015; and

4. The undersigned was nominated to run for President-Elect of the Texas Young Lawyers Association and has had expended considerable time preparing for the campaign and will be conducting a state-wide campaign during the month of March.

For all of the reasons explained above, counsel for appellant cannot complete the Appellant's Brief by its current due date of March 16, 2015, and needs an additional 30 days in which to do so.

## III.

On March 2, 2015, the undersigned conferred with Jeff Small, lead appellate counsel for appellees. Mr. Small indicated that this motion would not be opposed.

WHEREFORE, PREMISES CONSIDERED, appellant respectfully request that this Court grant his motion for extension of time in which to file the Appellant's Brief, extend the deadline in which to file the brief an additional 30 days up to and including April 15, 2015, and grant such other and further relief to which appellant may be justly and equitably entitled.

Respectfully submitted,

/s/ Samuel V. Houston, III
SAMUEL V. HOUSTON, III
State Bar No. 24041135
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, Texas 78209
Telephone: (210) 775-0882
Fax: (210) 826-0075
sam@hdappeals.com

ATTORNEY FOR APPELLANT

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing motion has been served on the following counsel in accordance with the Texas Rules of Appellate Procedure, on the 2nd day of March, 2015:

Jeff D. Small                                           *Via email/e-service*
LAW OFFICE OF JEFF SMALL
12451 Starcrest Dr. #100
San Antonio, Texas 78216
jdslaw1951@gmail.com


Norman L. Nevins                                   *Via email/e-service*
THE NEVINS LAW FIRM
206 West Main Street
Fredericksburg, Texas 78624
nnevinslaw@yahoo.com


                                        /s/ Samuel V. Houston, III
                                        SAMUEL V. HOUSTON, III

4